UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-392-FDW
(3:11-cr-384-FDW)

| | | |
|---|---|---|
| JOHN WILLIAM ABRAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

UPON MOTION of the Government (Doc. No. 3) with consent of the Defendant, to hold Petitioner's motion to vacate under 28 U.S.C. § 2255 in abeyance pending resolution of *Beckles v. United States* No. 15-8455 (Sup. Ct.), and to extend the time for filing of the Government's Response until 60 days from the issuance of the Supreme Court's decision, IT IS HEREBY ORDERED that the Motion is **GRANTED**.

Signed: August 26, 2016

Frank D. Whitney
Chief United States District Judge